Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUAD INT'L., INC. | ) | **No. 2:12-cv-02634-LKK-CKD** |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| JOHN DOE, | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On January 8, 2013, Plaintiff filed a Motion for Administrative Relief for Leave to Continue Status (Pretrial Scheduling) Conference. (ECF No. 9.) In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for January 22, 2013 is continued to **March 4, 2013 at 2:30 P.M.**

IT IS SO ORDERED.

DATED: January 10, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT